M. P. No. 77-249. STATE OF RHODE ISLAND *v.* CHARLES K. DIPANNI. The petition for habeas corpus is denied, since respondent will have an opportunity to raise the issue of lack of speedy trial in his appeal. *Julius C. Michaelson,* Attorney General, for petitioner. *Charles K. DiPanni,* pro se, for respondent.

M. P. No. 77-251. NORMAN J. JACQUES *v.* JOHN J. MCLAUGHLIN. The petition for writ of certiorari is denied. *Abedon & Visconti Ltd., Girard R. Visconti,* for petitioner. *Martin Malinou,* for defendant.

C. A. No. 77-85. STATE *v.* VINCENT CALCAGNI. This case comes before us on a Rule 9 motion for release pending appeal. For this reason, we do not review the action of the trial justice, but rather hear the motion *de novo.* The record supplied to us set forth the reasons for the trial justice's denial of bail pending appeal, and although his findings are not binding on us they are entitled to great weight if supported by competent evidence of probative force. See *Quattrocchi* v. *Langlois,* 100 R.I. 741, 219 A.2d 570 (1966). On examination of the record supplied by the parties, we find ourselves in agreement with the trial justice's finding that the defendant has very tenuous local attachments to the community and that this fact, compared with the severity of the sentence, could well lead to the removal of the defendant from the jurisdiction. Accordingly, we deny the defendant's motion for release on bail pending appeal. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for plaintiff. *Barbara Hurst, John A. MacFadyen III,* Assistant Public Defenders, for defendant.